# United States Court of Appeals

**FOR THE EIGHTH CIRCUIT**

_____

No. 97-1731

_____

United States of America,    *
                             *
    Appellee,              *
                             * Appeal   from   the   United
States                       *
   v.                    * District Court for the
                             * Western    District    of
Missouri.
Sherman D. Hampton,          *
                             *         *         UNPUBLISHED
    Appelllant.         *

_____

Submitted:  September 12, 1997

Filed:  October 14, 1997

_____

Before  BOWMAN,  Circuit  Judge,  HENLEY,  Senior  Circuit
Judge,  and MORRIS           SHEPPARD ARNOLD, Circuit
Judge.

_____

PER CURIAM.

    Sherman  D.  Hampton  appeals  from  a  judgment  of  the
district  court[1]  entered  after  a  jury  found  him  guilty  of
conspiring  to  manufacture,  manufacturing  and  attempting

_____

[1]The Honorable Scott O. Wright, United States Senior District Judge for the
Western District of Missouri.

to manufacture methamphetamine, in violation of 21 U.S.C. §§ 841, 846. We affirm.

While on patrol on April 15, 1996, shortly before midnight, deputy sheriff  Mike Crocker saw a car with its trunk open in back of a storage shed and Deborah Floyd and Hampton standing in the open door to the shed.  When Crocker pulled up to the shed, Floyd threw a duffle bag in the car's trunk and got in the car. Crocker approached Hampton and asked what he was doing at the shed.  Hampton became abusive, but gave Crocker his license, as did Floyd and Hampton's ex-wife, who was also in the car. After conducting a license check, Crocker went back to the car and asked Hampton, who was then in the driver's seat, to step out of the vehicle.  Hampton refused and drove off.   Crocker and two other patrol cars pursued Hampton for about ten minutes before finally stopping the car and arresting Floyd and Hampton.  On searching Hampton, officers  found a bag of methamphetamine, a receipt for $1206 worth of Mini-Thins, which is an ingredient used in the production of methamphetamine, and receipts for other items used in the manufacturing process.  On executing a search warrant on the shed, officers found two cases of Mini-Thins and a laboratory for manufacturing methamphetamine.

In addition to the testimony of Crocker and other officers involved in the arrest and search, at trial Floyd testified that she and Hampton had manufactured methamphetamine a couple of weeks before the arrest and that she was with Hampton when he purchased Mini-Thins, which they were going to use to make more methamphetamine.

Contrary to Hampton's arguments on appeal, there was overwhelming evidence to support the conspiracy,

manufacturing, and attempt verdicts.

Accordingly, the judgment is affirmed.

A true copy.

Attest:

      CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.